IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) | |
| Plaintiff, | ) ) ) | CIVIL ACTION NO. |
| | ) | COMPLAINT |
| v. | ) ) ) | |
| SENIOR LIVING PROPERTIES, L.L.C. d/b/a SWEETWATER HEALTHCARE CENTER, | ) ) ) ) ) ) ) | JURY TRIAL DEMAND |
| Defendant. | ) ) | |

## NATURE OF THE ACTION

This is an action under Title VII of the Civil Rights Act of 1964, as amended, and Title I of the Civil Rights Act of 1991 to correct unlawful employment practices on the basis of religion and to provide relief to Amanda Spalding. The Commission alleges that Defendant, Senior Living Properties, L.L.C. d/b/a Sweetwater Healthcare Center (hereafter "Defendant"), violated Title VII by failing or refusing to accommodate Amanda Spalding's religious beliefs, which resulted in her termination.

## JURISDICTION AND VENUE

1. Jurisdiction of this Court is invoked pursuant to 28 U.S.C. §451, 1331, 1337, 1343, and 1345. This action is authorized and instituted pursuant to Section 706(f)(1) and (3) of the Civil Rights Act of 1964, as amended, ("Title VII"), 42 U.S.C §2000e-5(f)(1) and (3), and Section 102 of the Civil Rights Act of 1991, 42 U.S.C. § 1981A.

2. The employment practices alleged to be unlawful were committed within the jurisdiction of the United States District Court for the Northern District of Texas, Abilene Division.

## PARTIES

3. Plaintiff, Equal Employment Opportunity Commission ( "Commission"), is an agency of the United States of America charged with the administration, interpretation and enforcement of Title VII of the Civil Rights Act of 1964, as amended and is expressly authorized to bring this action by Sections 706(f)(1) and (3) of Title VII, 42 U.S.C. §2000e-5(f)(1) and (3).

4. At all relevant times, Defendant has continuously been and is now doing business in the state of Texas and in the city of Sweetwater, and has continuously had at least fifteen employees.

5. At all relevant times, Defendant has continuously been an employer engaged in an industry affecting commerce under Sections 701(b), (g) and (h) of Title VII, 42 U.S.C. §2000e-(b), (g) and (h).

## STATEMENT OF CLAIMS

6. More than thirty days prior to the institution of this lawsuit, Amanda Spalding filed a charge with the Commission alleging a violation of Title VII of the Civil Rights Act of 1964, as amended, by the Defendant. All conditions precedent to the institution of this lawsuit have been fulfilled.

7. Since at least October 2009, the Defendant has engaged in unlawful employment practices at its Sweetwater location in Texas, in violation of Section 703(a)(1) of Title VII, 42 U.S.C. §2000e-2(a)(1) and Section 701(j) of Title VII, 42 U.S.C. §2000e-(j) when it failed or refused to accommodate the religious beliefs of Amanda Spalding and discharged her based on

2

her religion, Christian, as a member of the Trinity Free Holiness church. Specifically, the Defendant denied Spalding's request to work a weekly schedule that excluded Sundays since working on Sundays would cause her to violate her religious beliefs. When Spalding informed Defendant's new Administrator that she could not work on Sundays because of her religious observances, Spalding's employment was terminated without any effort by the employer to make a reasonable accommodation..

8. The result of the foregoing practices has been to deprive Amanda Spalding of equal employment opportunities because of her religion, Christian, as a member of the Trinity Free Holiness Church. ..

9. The unlawful employment practices complained of in paragraph 7 above were intentional.

10. The unlawful employment practices complained of in paragraph 7 above were done with malice or with reckless indifference to the federally protected rights of Amanda Spalding.

## **PRAYER FOR RELIEF**

Wherefore, the Commission respectfully requests that this Court:

A. Grant a permanent injunction enjoining the Defendant, its officers, successors, assigns, and all persons in active concert or participation with it, from engaging in any employment practice which discriminates on the basis of religion.

B.  Order the Defendant to institute and carry out policies, practices, and programs that provide equal employment opportunities for Amanda Spalding and eradicate the effects of its past and present unlawful unemployment practices.

C.  Order the Defendant to make whole Amanda Spalding by providing appropriate backpay with prejudgment interest, in amounts to be proved at trial, and other affirmative relief necessary to eradicate the effects of Defendant's unlawful employment practices, including but not limited to, pecuniary damages, including out-of-pocket expenses, and rightful-place reinstatement or front pay in lieu thereof.

D.  Order the Defendant to make whole Amanda Spalding by providing compensation for past and future non-pecuniary losses resulting from the unlawful employment practices described in paragraph 7 above, including but not limited to, emotional pain, suffering, inconvenience, mental anguish, and loss of enjoyment of life, in amounts to be determined at trial.

E.  Order the Defendant to pay Amanda Spalding punitive damages for its malicious conduct or reckless indifference described in paragraphs 7 and 10 above, in amounts to be determined at trial.

F.  Grant such further relief as the Court deems necessary and proper in the public interest.

G.  Award the Commission its costs in this action.

## JURY TRIAL DEMAND

The Commission requests a jury trial on all questions of fact raised by its Complaint.

Respectfully submitted,

P. DAVID LOPEZ
General Counsel

GWENDOLYN Y. REAMS
Associate General Counsel

/s/ Robert A. Canino
ROBERT A. CANINO
Regional Attorney
Oklahoma State Bar No. 011782

/s/ Toby W. Costas
TOBY W. COSTAS
Supervisory Trial Attorney
Texas State Bar No. 04855720

/s/ Devika Seth
DEVIKA SETH
Senior Trial Attorney
District of Columbia Bar No. 975161

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION
Dallas District Office
207 South Houston Street, 3rd Floor
Dallas, Texas 75202
(TEL) (214) 253-2764
(FAX) (214) 253-2749